IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JEFFREY L. HOLT,                    )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )       1:04CV1029
                                    )
GILBARCO, INC. and GILBARCO         )
INTERNATIONAL, INC., also           )
d/b/a GILBARCO/VEEDER-ROOT,         )
                                    )
        Defendants.                 )

ORDER

        A review of this proceeding, which is now settled, reflects that

Joint Motion to File Under Seal (Doc. No. 14) and the Order Approving

Filing Under Seal (Doc. No. 17) are unnecessary and should be removed

from the court file.

        The court further finds that Joint Motion for Approval of

Settlement (Doc. No. 15) should be unsealed.

        IT IS THEREFORE ORDERED that the Joint Motion to File Under Seal

(Doc. No. 14) and the Order Approving Filing Under Seal (Doc. No. 17)

should be stricken and the court directs that those documents shall be

removed by the Clerk of Court from the court file.

        IT IS FURTHER ORDERED that the Joint Motion for Approval of

Settlement (Doc. No. 15) should be and is hereby unsealed.

        This the 1st day of November 2005.


                        _____
                              United States District Judge